UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:16-cr-20 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| NICOLE ROBERTS | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| | ) | |

**ORDER**

On September 14, 2016, United States Magistrate Judge Christopher H. Steger filed a Report and Recommendation recommending: (a) the Court accept Defendant's plea of guilty to Count One of the Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One of the Indictment; and (c) Defendant remain in custody pending sentencing in this matter. (Doc. 51.) Neither party filed an objection within the allotted fourteen day period. After reviewing the record, the Court agrees with Judge Steger's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). It is therefore

**ORDERED**:

1. Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the Indictment; and

3. Defendant **SHALL REMAIN IN CUSTODY** pending sentencing on **December 16, 2016,** at **2:00 p.m.**

ENTER:

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**